```
 1
 2
 3
 4
 5
 6
 7                    UNITED STATES DISTRICT COURT
 8                   CENTRAL DISTRICT OF CALIFORNIA
 9                          WESTERN DIVISION
10
11  ALBADALIA M. RAMOS,              )  No. ED CV 05-00419-VBK
                                     )
12                  Plaintiff,       )  JUDGMENT
                                     )
13       v.                          )
                                     )
14  JO ANNE B. BARNHART,             )
    Commissioner of Social           )
15  Security,                        )
                                     )
16                  Defendant.       )
                                     )
17
```

**IT IS HEREBY ORDERED** that Plaintiff's Motion for Summary Judgment is **DENIED**.

It is also ordered that the Commissioner's Motion for Summary Judgment is **GRANTED** and the action is hereby dismissed with prejudice.

DATED:  March 21, 2006

                              /s/
                        VICTOR B. KENTON
                        UNITED STATES MAGISTRATE JUDGE